## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**WILLIAM DAVID MULLINS**                                          **PETITIONER**

**v.**                                          **CIVIL ACTION NO. 3:09-CV-P307-H**

**WARDEN CLARK TAYLOR**                                          **RESPONDENT**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final order.

The Court further **certifies** that an appeal of this action would not be taken in good faith.

*See* 28 U.S.C. § 1915(a)(3).

Because reasonable jurists could not debate this Court's decision to dismiss this case, a

certificate of appealability is **DENIED**.  28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473,

484 (2000).

Date:

cc:      Petitioner, *pro se*
         Respondent
4412.009